BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-123 FCD KJN |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S MOTION |
| ) | TO DISMISS INDICTMENT |
| v. ) | |
| ) | |
| SONG SUSHUMNA LANDIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. The only Count in the pending Indictment in Case No. CR-S-10-123 FCD as to defendant Song Sushamna Landis is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

DATED: July 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE